# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No.  6:07-cr-200-Orl-28KRS

**PHILLIP VERNON WALKER**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Roger Handberg |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Peter Warren Kenny |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Dianne Santana |
| **DATE/TIME:** | April 18, 2008 2:30-3:15 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged Guilty on Count One of the Indictment.

IMPRISONMENT:    32 months.

Court Recommends:    That defendant be placed in a facility that offers alcohol rehabilitative treatment.

Supervised Release:    3 years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:    Perform 100 hours in lieu of paying a fine.

    Credit Card Condition:    Open no new credit, make no new large purchases, etc.

    Other:    Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Restitution:    $6,309.00 to Paragon Customs, $10,796.43 to Home Depot; $3,776.57 to American Express and $2,661.99 to the Royal Bank of Canada for a total restitution amount of $23,543.99.

DISMISSED COUNTS:    Counts Two through Eleven of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.